No. 1020. NORTH KANSAS CITY DEVELOPMENT Co. ET AL. *v.* CHICAGO, BURLINGTON & QUINCY RAILROAD Co. June 14, 1943. Petition for writ of certiorari to the Cir-

cuit Court of Appeals for the Eighth Circuit denied. *Messrs. Godfrey Goldmark* and *Henry N. Ess* for petitioners. *Messrs. John L. Rice, William S. Hogsett, Hale Houts, Andrew C. Scott, J. C. James, Walter McFarland,* and *Eldon Martin* for respondent.